# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| United States of America, Plaintiff(s), vs. Approximately $3,953 in United States Currency, Defendant(s). | DEFAULT JUDGMENT IN CASE 5:20-cv-00026-KDB-DSC |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 7, 2020 Order.

May 7, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court